450 A.2d 1063

Commonwealth v. Ames, Appellant.

Argued March 17, 1980. William R. Mosolino, for appellant; Charles A. Bressi, Jr., for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.